**5**

Bob TROUT v. STATE. (No. 10478.) (Court of Criminal Appeals of Texas. Oct. 13, 1926.) Appeal from District Court, Wichita County; P. A. Martin, Judge. Raymond Allred, of Wichita Falls, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for selling intoxicating liquor; punishment being assessed at imprisonment in the penitentiary for one year. The record is before this court without statement of facts or bills of exception. In such

condition, nothing is presented for review. The judgment is affirmed.